UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANDRES MENDOZA, | ) | |
|     Petitioner, | ) | 3:10-cv-0549-ECR-VPC |
| vs. | ) | **ORDER** |
| ROBERT LEGRAND, *et al.*, | ) | |
|     Respondents. | ) | |

Petitioner has submitted an amended petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (ECF No. 13) as directed by the Court. The petition shall therefore be served upon the respondents.

**IT IS THEREFORE ORDERED** that the Clerk shall **ELECTRONICALLY SERVE** the amended petition upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition. In their answer or other response, respondents shall address any claims presented by petitioner in his petition as well as any claims presented by petitioner in any Statement of Additional Claims. Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. **Successive motions to dismiss will not be entertained**. If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the

1  United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have
2  **forty-five (45) days** from the date of service of the answer to file a reply.
3        **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the
4  Attorney General of the State of Nevada a copy of every pleading, motion, or other document he
5  submits for consideration by the Court.  Petitioner shall include with the original paper submitted for
6  filing a certificate stating the date that a true and correct copy of the document was mailed to the
7  Attorney General.  The Court may disregard any paper that does not include a certificate of service.
8  As respondents have already appeared in this action, petitioner is reminded that he must made such
9  service upon the particular Deputy Attorney General assigned to the case - in this case Jared M.
10 Frost.

12        DATED this 2nd day of September 2011.

                                           _____
                                           UNITED STATES DISTRICT JUDGE