AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ANDRES MENDOZA,

    Petitioner,           JUDGMENT IN A CIVIL CASE
V.

                           CASE NUMBER: **3:10-cv-0549-ECR-VPC**

ROBERT LEGRAND, *et al.*,

    Respondents.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss the petition (ECF No. 27) is **GRANTED**. The petition is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

    **IT IS FURTHER ORDERED** that no Certificate of Appealability is warranted in this matter and none shall issue**.**

  June 13, 2012                                            **LANCE S. WILSON**
                                                                           Clerk

                                                                        /s/ Jennifer Cotter
                                                                        Deputy Clerk