AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF __NEVADA_____

ANDRES MENDOZA,

              Petitioner,

V.

                          **JUDGMENT IN A CIVIL CASE**

                                CASE NUMBER: **3:10-cv-0549-ECR-VPC**

ROBERT LEGRAND, *et al.*,

              Respondents.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss the petition (ECF No. 27) is **GRANTED**. The petition is **DISMISSED WITHOUT PREJUDICE** as unexhausted.

      **IT IS FURTHER ORDERED** that no Certificate of Appealability is warranted in this matter and none shall issue**.**

      June 13, 2012                           **LANCE S. WILSON**

                                              Clerk

                                              /s/ Jennifer Cotter

                                              Deputy Clerk